IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT LEE WRIGHT III,
D.O.C. #D-U01281,

    Plaintiff,

v.                                                         4:24cv371–WS/MAF

TONY GILLILAND,

    Defendant.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 3) docketed September 16, 2024. The magistrate judge recommends that Plaintiff's case be dismissed with prejudice under the three strikes provision of 28 U.S.C. § 1915(g) because Plaintiff is a three-striker and did not pay the filing fee at the time he initiated this case. The magistrate also recommends dismissal because Plaintiff's complaint has no basis in law or fact, is frivolous, and fails to state a claim upon which relief may be granted. Plaintiff has filed no objections to the magistrate judge's report and recommendation.

Having considered the record, the undersigned finds that Plaintiff's case is

due to be dismissed with prejudice as recommended by the magistrate judge.

Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 3) is hereby ADOPTED and incorporated by reference into this order.

    2. The plaintiff's complaint and this action are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(g).

    3. The clerk shall enter judgment stating: "This case is dismissed with prejudice pursuant to 28 U.S.C. § 1915(g)."

    4. The clerk shall close the case.

    DONE AND ORDERED this __10th__ day of __January__, 2025.


                      s/ William Stafford
                      WILLIAM STAFFORD
                      SENIOR UNITED STATES DISTRICT JUDGE